# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00492-CV

**Janis Kemmer, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 207,213-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 30, 2010, this Court notified appellant that the clerk's record in the above cause was overdue. This Court requested that appellant make arrangements for the record and submit a status report regarding this appeal on or before September 9, 2010. This Court further informed appellant that failure to do so may result in the dismissal of this appeal for want of prosecution. The deadline has passed, and we have received no response from appellant. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   October 6, 2010